UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**HERMAN WOODS #132963/000225326**      **CASE NO.  5:25-CV-00553 SEC P**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**WARDEN**                              **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus [Doc. No. 4] is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, on this 29th day of October 2025.

                                                        _____
                                                            TERRY A. DOUGHTY
                                                   UNITED STATES DISTRICT JUDGE